**FILED**

January 7, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Mr. Michael Paul Contreras   7:25-cv-2-O
T.D.C.J.-ID # 2401880
HOUSED - 12-BLDG-B-Pod-Cell #03
T.D.C.J. ID - JAMES V. ALLRED-UNIT
2101 FM 369 N.
Iowa Park, Texas 76367

This unit in GP/ GP Food Service Dept H/S-12-BLDG need a Criminal Investigation by under-cover Agents

c.c.

on this 26th Day of December 2024

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS
THE HONORABLE: MR. REED O'CONNER: Magistrait Judge
1000 LAMAR St.   ROOM   203
WICHITA FALLS, TEXAS   76301

Dear Honorabl Chief Magistrait Mr. Reed O'conner Sir
I wish You and Your Whole family A Very Happy and merry merry Christmas & a Happy New Year.
Dear Sir my Concerns are very very Serious about these Texas Department of Criminal Justice Employee(s) The (3) UNIT WARDEN'S BRYAN D. REITSMA ASST WARDEN CHRISTOPHER M. WEIDAU ASST WARDEN THE (4) OFFICE OF INSPECTOR GENERAL LICENSED STATE POLICE ASSIGNED TO THE JAMES V. ALLRED UNIT. REFUSE TO HONOR THE UNITED STATES OF AMERICA & OUR MILITARY ARMD FORCES by Refusing to fly on our Flag Pole our U.S. FLAG & OUR LONESTAR STATE Flag: TO ME This is A FORM OF TREASON & Disrespet for our COUNTRY. & OUR SERVICE MEN, BUT THESE T.D.C.J-ID JAMES V. ALLRED UNIT Employee(S) That Include (all) The Texas Tech Medical Health Sience Center Administratio Staff: Nurse Manager Pepper Brad Berry. Nurse Manager Michael Crittenden, Physcian Asst Joseph Eastridge.

Page (1) of Page (9)

c.c. →

## W

Wahine—(Hawaiian) woman

wanasema nini—(Kiswahili) What are they saying?

Weke—(Hawaiian) *mullidae*, goatfish

Wezi—(Kiswahili) thieves

Wiliwili—(Hawaiian) *Erythrina sandwicensis*, an endemic Hawaiian tree with light wood traditionally used for surfboards and canoe outriggers

Physican Asst. Sarah Chun, Doctor ON Call - AMY NEWMAN ASST, Kenyon Page Clinical-Department Administraitor, William Crane Unit Medical Director, Pharicist Deana Davis, & (AID)LVN PILL NURSE(S) SANDRA ROGERS RN GABRIELLA HERRERA,LVN, MELISSA EVANS-LVN, ROBIN ROBERTS RN IN CHARGE, SHEIA-McLaughLin LVN, ARTURO AGULLERA LVN, SHANNON JONES,LVN, Are illegally giving extra Doses of Synthetic pill form Narcotics & Benadrills, Tegratalls, Co's, Houses, vetrebuten, Including higher doses of Medications, & all These James V. Allred-Unit General Population Food Service Kitchen Manager(s) all (17) of Them & FoodService Kitchen Major Joshua S Taylor Are Smuggling into This T.D.C.J. ID Penal Institution large Quantaties of Meth. Cocaine, Heroin, K-2 - Fetnyl cell Phones To General Population & To all Foodservice offender Kitchen workers that then Come into 12-Bldg loaded with the illegal Drugs & Narcotics K-2-Fetnyl. Through The Food Carts being brought in from GP.

All The Food Pans need to be checked by Major before allowing to go into 12-Bldg Kitchen

Empty Food Pans loaded with the Narcotics, Fetynal K2 Meth Cocaine Heroin ext.

Co's like cos Jones are involved in the Trafficking & Distribution of these Narcotics and offender Kitchen workers are assigned to FoodService not the Pods you'll See on Video Servaillence offender Kitchen Workers Coming on the Pods selling K-2, Fetnyal & Synthetic Narcotics (2) in Pill form on the Pods

The sunlight started high on the wall each morning, climbed down, crossed the floor. Then the shadow began its round and chased the light away. He hardly noticed. The smart glass maintained optimal brightness, regardless of the time of day. This wasn't to say he didn't appreciate the view. The feeling he'd had in the midst of the storm had never gone away. Even on days of light wind and blue sky, he savored the four-square silence inside the glass, the privilege of overlooking the world without having to be in it.

In fact, the more time he spent inside the cube, the harder he found it to leave. He'd been so busy for so long, the solitude was something he could almost enjoy.

and These Food Service T.D.C.J. Employee Food Service Managers Are Stealling lg. Amounts of Boxes full of Chicken, Porkchops, Ribs, Pork Stakes. They are Stealling our food. The Offender-Kitchen Workers Are Stealing our food Too "Peanut butter Buckets" Jelly, Chicken, Porkchops, Chicken Patties & Selling K-2 & Fetnyal. sir if you Put on this unit (10) DEA Agents Honest Who arn't Scared or let the Money Corrupt them and Say Heay your under Arrest and have the Sheriffs Came Take them to The Polcy. & Make A court Order to go Per (Probable Cause) To Search All T.D.C.J Warden(s) Major(s) Captin(s) Lt(s) Sgt(s). & all CO's CoI's CO2s CO3s' CO4s CO5s Homes, Apt's, Employee Housing Apts. or Homes. all their Cars Truck(s) Bikes. Jeep(s) SUV(s). & Job Vans Cars, Trucks, With German Shephard K-9s That Are Experiance in Sniffing out K-2, Fetnyal

(3)

and other alleged drugs Narcotics or Toxins. Confiscate "all" their Personal Cellphones and Search for Criminal Conduct. of Drug/Narcotic Trafficking and To what Gangs Prison Gangs Blacks Whites, Mexicans, Spanish, Hispanics, Asians, Germans, Russians, Street Gangs, & Tango Gangs The ones at fault are OIG on unit & Wardens for allowing their Employees To Bring OR Smuggle in Drugs & Narcotics for some B$ The (IRS) needs to be Contacted as well over the millions of Dollars These Employees are making TAX FREE

# DAY 4

I'm A Witness to this Matter

Michael *[signature]*

"I saw you talking to Erin Bogosian."

She felt no need to respond. It was chilly, by the water. She felt warmth radiating off her, as if the torches had been baking her and now the stars were casting cool white light to blow the heat away.

"She's pretty amazing, huh?" he said.

"Yeah."

"She founded Sokoni, you know. Alongside Frank Dalton. People say it was her idea. The whole online village thing? When they still talked about the company that way? They dated. In Africa. She got her MBA to do the business side. He came to California to build the platform."

They'd stopped in the hard sand at the water's edge. She felt the ocean sizzle against her toes. She twisted in, kissed him on the mouth, and didn't stop. She wanted him to shut up.

The swell had risen, and the ride was bumpy. The outboards thrummed, powerful and slow. She gripped the handles on the seat beside her and let her head hang back, staring up at the pale streak of their galaxy whipped crazily across the darkness of the universe. She felt Michael's knuckles gripping the handle beside hers. She slid her hand over his, then guided it onto her stomach. His fingertips pressed into the soft skin of her waist, then under her waistband, carefully probing the elastic of her panties. She tightened her grip and shoved his hand past the seam, felt it passing warmly down the smooth skin in the crease of her thigh, bending the short hairs, then finding her. She stopped him, exactly where she wanted, still staring at the stars. She moved against him, and he slipped his fingers deeper, the thrill of contact, exquisite, unbearable, so intense she had to grip the handles harder to avoid pushing his hand away. She let the feeling wash over her in sets, feeling the sway of the vehicle, lost in the stars, the steady hum of the engines carrying her past sleeping villages, a cheetah running beside her through the night.

As she muffled a groan, she made a resolution. She would do whatever it took to remain in this world. And she wouldn't be content with sweeping up the hairs they shed, or whatever Sam had called it. She would fucking shine.

NAME Michael Paul Contreras
TDC# #2401680
2101 FM 369 N
IOWA PARK, TEXAS 76367

LEGAL

NORTH TEXAS TX P&DC
DALLAS TX 750
3 JAN 2025 PM 4 L

JAN -7 2025

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS
THE HONORABLE: MR. REED O'conner Magistrate Judge
501 W. 10th St. Room 201
Fort Worth. Texas 76102-3673

7610293640 0024

Dec. 30, 2024     Time  6:30  P.M.

