IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **MICHAEL PAUL CONTRERAS,** § | | |
| **TDCJ No. 02401880,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No. 7:25-cv-002-O | |
| § | | |
| **BRYANT D. REITSMA et al.,** § | | |
| § | | |
| **Defendants.** § | | |

# JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order, was warned that failure to prosecute or failure to follow orders of the Court may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rule of Civil Procedure 41(b).

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** this **28th day** of **February 2025**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE